**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

ARTHUR LEE GREEN,

Plaintiff,

v.

MS. K. JONES,

Defendant.

CIVIL ACTION NO.: 4:26-cv-66

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's August 27, 2026, Report and Recommendation, (doc. 7), to which plaintiff has not filed an objection.[1] Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 7.) Plaintiff's Complaint is **DISMISSED**. (Doc. 1.) The Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 26th day of October, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff has submitted a document, in the nature of correspondence, that states that he "choose[s] not [to] proceed with any case." (Doc. 8, p. 1.)